FILED
DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
2005 NOV -9 PM 12:25

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT OWENSBORO

UNITED STATES OF AMERICA

v.

INDICTMENT

NO. 4:05CR-35-M

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(B)(viii)
21 U.S.C. § 841(b)(1)(C)
21 U.S.C. § 841(c)(1)
21 U.S.C. § 846
21 U.S.C. § 853
18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(2)
18 U.S.C. § 924(c)(1)
18 U.S.C. § 2

**BRUCE WAYNE EMBRY**
**MARK EMBRY**

The Grand Jury charges:

### COUNT 1

On or about August 15, 2005, in the Western District of Kentucky, Daviess County, Kentucky, defendants **BRUCE WAYNE EMBRY** and **MARK EMBRY** conspired with each other and with other persons unknown to the Grand Jury to knowingly and intentionally manufacture five grams or more of methamphetamine, a Schedule II controlled substance as defined in Title 21, United States Code, Section 812, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

In violation of Title 21, United States Code, Section 846.

The Grand Jury further charges:

## COUNT 2

On or about August 15, 2005, in the Western District of Kentucky, Daviess County, Kentucky, defendants **BRUCE WAYNE EMBRY** and **MARK EMBRY,** each aided and abetted by the other, attempted to knowingly and intentionally possess approximately 90 grams of pseudoephedrine, a listed chemical, with intent to manufacture methamphetamine, a Schedule II controlled substance as defined in Title 21, United States Code, Section 812, in violation of Title 21, United States Code, Section 841(c)(1).

In violation of Title 21, United States Code, Section 846, and Title 18, United States Code, Section 2.

The Grand Jury further charges:

## COUNT 3

On or about August 15, 2005, in the Western District of Kentucky, Daviess County, Kentucky, defendants **BRUCE WAYNE EMBRY** and **MARK EMBRY**, each aided and abetted by the other, knowingly and intentionally possessed with intent to distribute methamphetamine, a Schedule II controlled substance as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

The Grand Jury further charges:

## COUNT 4

On or about August 15, 2005, in the Western District of Kentucky, Daviess County, Kentucky, defendant **BRUCE WAYNE EMBRY**, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, carried a firearm, that is, a Jennings-Bryco .380 semiautomatic pistol with no serial number.

In violation of Title 18, United States Code, Section 924(c)(1).

The Grand Jury further charges:

## COUNT 5

On or about August 15, 2005, in the Western District of Kentucky, Daviess County, Kentucky, defendant **MARK EMBRY**, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, carried a firearm, that is, a Hipoint 9mm semiautomatic pistol, serial number P1257491.

In violation of Title 18, United States Code, Section 924(c)(1).

The Grand Jury further charges:

## COUNT 6

On or about August 15, 2005, in the Western District of Kentucky, Daviess County, Kentucky, defendant **BRUCE WAYNE EMBRY**, being a person who had been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, that is, burglary in the first degree, in Butler Circuit Court, Morgantown, Kentucky, case number 90-CR-00006, knowingly possessed, in and affecting commerce, a firearm, that is, a Jennings-Bryco .380 caliber semiautomatic pistol, with no serial number.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

The Grand Jury further charges:

## COUNT 7
(Forfeiture)

If convicted of any violation of Title 21, United States Code, Sections 841 or 846, punishable by imprisonment for more than one year, defendants **BRUCE WAYNE EMBRY** and **MARK EMBRY** shall forfeit to the United States any property constituting or derived from any proceeds obtained, directly or indirectly, as the result of such violation, or any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violation.

Pursuant to Title 21, United States Code, Section 853.

A TRUE BILL.

████████████████
FOREPERSON

_____
DAVID L. HUBER
UNITED STATES ATTORNEY

DLH:LF:11/6/05

UNITED STATES OF AMERICA v.  BRUCE WAYNE EMBRY and MARK EMBRY

## P E N A L T I E S

Count 1:  NL 5 yrs. - NM 40 yrs./$2,000,000/both/NL 4 yrs. Supervised Release
(With Prior Conviction: NL 10 yrs. - NM life/$4,000,000/both/NL 8 yrs. Supervised Release)

Count 2:  NM 20 yrs./$250,000/both/NM 3 yrs. Supervised Release

Count 3:  NM 20 yrs./$1,000,000/both/NL 3 yrs. Supervised Release
(With Prior Conviction:  NM 30 yrs./$2,000,000/both/NL 6 yrs. Supervised Release)

Counts 4 and 5:  NL 5 yrs. consecutive/$250,000/both/NM 5 yrs. Supervised Release

Count 6:  NM 10 yrs./$250,000/both/NM 3 yrs. Supervised Release
(With 3 Previous Convictions for a Violent Felony or a Serious Drug Offense:  NL 15 yrs./ $250,000/both/NM 5 yrs. Supervised Release)

Count 7:  Forfeiture

## N O T I C E

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

Misdemeanor:   $ 25 per count/individual          Felony:   $100 per count/individual
               $125 per count/other                         $400 per count/other

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule.  You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court.  18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

    1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

        <u>For offenses occurring after December 12, 1987</u>:

        No **INTEREST** will accrue on fines under $2,500.00.

        **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing.  This rate changes monthly.  Interest accrues from the first business day following the two week period after the date a fine is imposed.

        **PENALTIES** of:

        10% of fine balance if payment more than 30 days late.

        15% of fine balance if payment more than 90 days late.

    2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3.  Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1.  That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2.  Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made <u>payable to the Clerk, U.S. District Court</u> and delivered to the appropriate division office listed below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY  40202<br>502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY  42101<br>270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY  42301<br>270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY  42001<br>270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

FORM DBD-34
JUN.85

No. 4:05CR-35-m

# UNITED STATES DISTRICT COURT
### Western District of Kentucky
### Owensboro Division

THE UNITED STATES OF AMERICA
vs.
BRUCE WAYNE EMBRY

MARK EMBRY

## INDICTMENT
**Title 21, U.S.C. §§ 846; 841(a)(1); 841(b)(1)(C); 853;**
**Title 18, U.S.C. § 2; 924(c)(1); 922(g)91); 924(a)(2):**
**Conspiracy to Manufacture Methamphetamine; Possession of a Chemical With Intent to Manufacture Methamphetamine; Possession With Intent to Distribute Methamphetamine; Aiding and Abetting; Carrying a Firearm During and in Relation to a Drug Trafficking Crime; Felon in Possession of a Firearm; Forfeiture.**

FILED
2005 NOV -9 PM 12:25
DISTRICT COURT CLERK
WESTERN DISTRICT OF KY



*A true bill.*

*Foreman*

*Filed in open court this* 9th *day,*

*of* November A.D. 2005.

*Clerk*

*Bail, $*