**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT OWENSBORO
(Filed Electronically)**

**CRIMINAL ACTION NO. 4:05CR-35-M**
**UNITED STATES OF AMERICA,**                                           **PLAINTIFF,**

**vs.**

**BRUCE WAYNE EMBRY,**                                                         **DEFENDANT.**

**OBJECTIONS TO PRESENTENCE REPORT**

Comes the defendant, by counsel, and for his objections to the presentence report herein says as follows:

**¶32.** Defendant agrees with the objection of the United States and the provisions of the plea agreement of the parties that he should be held accountable for only 2.2 grams of a methamphetamine mixture and that his adjusted base offense level for Count 3 should be 10.

**¶49.** Defendant maintains that the probation officer's summary omits the fact that he was ordered to pay restitution in the amount of $7,500.00. He has paid all but $500.00 of this restitution.

**¶68.** Defendant denies that he is currently in good health. He suffers from severe back problems and is taking medication for this condition. He is also taking medications for clinical depression (Elavil 100mg) and asthma (medication inhaler).

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

¶**70.** Defendant states that he has had additional medical treatment since May, 2002, namely treatment for clinical depression at Green River Correctional Complex in Central City, Kentucky, where he was prescribed Elavil and other medications.

¶**80.** Defendant maintains that the probation officer is incorrect that he is serving a 7 year sentence. He is serving a 15 year sentence.

/s/ Scott T. Wendelsdorf
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, Kentucky 40202
(502) 584-0525

Counsel for Defendant.

## **CERTIFICATE**

I hereby certify that on March 1, 2007, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following: Larry Fentress, Esq., Assistant United States Attorney.

/s/ Scott T. Wendelsdorf

O:\CLIENTS\objpsr.ltr\EmbryBruce.wpd

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808