# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# OWENSBORO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **PLAINTIFF** | Criminal Action No. 4:05CR-00035-JHM |
| v. | CHIEF JUDGE JOSEPH H. MCKINLEY, JR. |
| **BRUCE WAYNE EMBRY** | |
| **DEFENDANT** | |

## ORDER

This matter came before the Court on April 2, 2018, for a final revocation hearing. There appeared Mr. Larry Fentress, Assistant United States Attorney, and Defendant, Bruce Wayne Embry, with appointed counsel, Ms. Laura Wyrosdick, Assistant Federal Public Defender. The Court's official reporter was Ms. April Dowell.

The Defendant admitted the violations set out in the petition and waived formal revocation and the Court having considered the memorandum of the United States Probation Office, and having made a finding that the Defendant violated the terms of the supervised release imposed, **IT IS HEREBY ORDERED** that the motion of the United States for revocation of the Defendant's supervised release is **GRANTED**.

Having considered the advisory guidelines and 18 U.S.C. 3553(a), **IT IS ORDERED** the judgment of this Court that the six year term of supervised release imposed in this case on March 15, 2007, and which began on May 20, 2013, is hereby **REVOKED**.

The Defendant's violation conduct constitutes Grade B and C violations. His criminal history category at the time of his original sentence was VI. The

advisory range of imprisonment applicable upon revocation in this case is from 21 to 27 months, based on the Revocation Table suggested by the U.S. Sentencing Commission.

The Court, after considering the sentencing objectives of punishment, incapacitation and general deterrence, concludes that a period of confinement of six (6) months is a necessary and sufficient sanction in this case.

Therefore, **IT IS HEREBY ORDERED** that the **Defendant is committed to the Bureau of Prisons for a term of SIX (6) MONTHS.**

Upon release from custody, the Defendant shall be placed on a term of supervised release which shall expire on May 19, 2019. The Defendant shall abide by the standard conditions of supervised release adopted by the Court, the previously ordered special conditions of drug treatment with drug testing, community based mental health treatment, and the following additional special conditions:

1. Immediately upon release from incarceration, the Defendant shall enroll in, participate and successfully complete an in-patient treatment program. The Defendant shall observe the rules of that facility. When a treatment bed has been secured, the parties shall contact the Court to obtain an order releasing the Defendant to treatment.

2. The Defendant shall not operate a motor vehicle.

**IT IS FINALLY ORDERED** that the Defendant is remanded to custody of the United States Marshal.

Copies to: Counsel of Record
U.S. Probation

Joseph H. McKinley, Jr., Chief Judge
United States District Court

April 3, 2018

Contested
0|24  LOU