# United States District Court
# Western District of Kentucky
# at Louisville

**UNITED STATES OF AMERICA**       **PLAINTIFF**

**VS.**      **CRIMINAL ACTION NUMBER: 4:05-CR-35-JHM**

**BRUCE WAYNE EMBRY**      **DEFENDANT**

## ORDER ON VIOLATION OF SUPERVISED RELEASE PETITION

The above-styled case came before the Honorable Colin H. Lindsay, United States Magistrate Judge and was called in open Court on January 16, 2019 to conduct an initial appearance on a petition for violation of supervised release.

<u>APPEARANCES</u>
| | |
|---|---|
| For the United States: | Larry E. Fentress, Assistant United States Attorney |
| For the defendant: | Defendant Bruce Wayne Embry - Present and in custody |
| Court Reporter: | Digitally recorded |

At the initial appearance, the defendant acknowledged his identity, was furnished with a copy of the petition, was advised of the nature of the allegations contained therein and was advised of his rights. The Court questioned the defendant under oath regarding his ability to afford counsel and found the defendant to be indigent. The Court appointed the Office of the Federal Defender to represent the defendant. Patrick J. Bouldin, Assistant Federal Defender, was present in the courtroom and accepted the appointment.

The United States having moved for the detention of the defendant;

**IT IS HEREBY ORDERED** that this case is scheduled for a preliminary revocation hearing and detention hearing on **Thursday, January 17, 2019 at 1:00 p.m.** before the Honorable Colin H. Lindsay, United States Magistrate Judge.

**IT IS FURTHER ORDERED** that the defendant is remanded to the custody of the United States Marshal pending further order of the Court.

This 16th day of January, 2019

**ENTERED BY ORDER OF THE COURT:**
**COLIN H. LINDSAY**
**UNITED STATES MAGISTRATE JUDGE**
**VANESSA L. ARMSTRONG, CLERK**
**BY:** *Ashley Henry* **- Deputy Clerk**

Copies: U.S. Attorney
       U.S. Probation
       Counsel for Defendant

0|20